**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| Clyde Scott, | : |
|  | : |
|  | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  4:19-cv-00433-TCK-JFJ |
|  | : |
| Monarch Recovery Management, Inc., | : |
|  | : |
|  | : |
| Defendant. | : |
|  | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a Stipulation of Dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 7, 2020

Respectfully submitted,

By:  /s/ Sergei Lemberg_____
     Sergei Lemberg, Esq.
     LEMBERG LAW, L.L.C.
     43 Danbury Road, 3rd Floor
     Wilton, CT 06897
     Telephone: (203) 653-2250
     Facsimile:  (203) 653-3424
     Email: slemberg@lemberglaw.com
     Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By _/s/ Sergei Lemberg_____

Sergei Lemberg