IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Clyde Scott,<br><br>               Plaintiff,<br>v.<br><br>Monarch Recovery Management, Inc.,<br><br>               Defendant. | Civil Action No.:  4:19-cv-00433-TCK-JFJ |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Clyde Scott | Monarch Recovery Management, Inc. |
| ___/s/ Sergei Lemberg_____ | __/s/ Ronald M. Metcho_____ |
| Sergei Lemberg, Esq.<br>Lemberg Law, LLC<br>43 Danbury Road, Third Floor<br>Wilton, CT 06897<br>Telephone: (203) 653-2250<br>Facsimile: (203) 653-3424<br>Email: slemberg@lemberglaw.com<br>Attorney for Plaintiff | Ronald M. Metcho, Esq.<br>Margolis Edelstein<br>220 Penn Avenue, Suite 305<br>Scranton, PA 18503<br>Telephone: (570) 257-6510<br>Facsimile: (570) 342-4841<br>Email: rmetcho@margolisendelstein.com<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2020, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By */s/ Sergei Lemberg*
                                                    Sergei Lemberg, Esq.